*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

DEPARTMENT OF ENVIRONMENT, GREAT
LAKES, AND ENERGY,

UNPUBLISHED
January 12, 2023

Plaintiff-Appellant,

v

No. 359401
Mackinac Circuit Court
LC No. 2017-008039-CE

ROBERT L. BROTHERTON,

Defendant-Appellee,

and

PETER COROGIN and DANA COROGIN,

Defendants.

Before: SHAPIRO, P.J., and BORRELLO and YATES, JJ.

SHAPIRO, P.J. (*concurring*).

I concur in the result only.

/s/ Douglas B. Shapiro

-1-